IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACIA CROMARTIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:16-CV-83-WHA ) |
| E. PEYTON FAULK, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On February 16, 2016, the Magistrate Judge filed a Recommendation (Doc. # 5) to which Plaintiff filed an objection (Doc. # 10). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). The Recommendation's analysis is sound, and Plaintiff's objection lacks merit. Accordingly, it is ORDERED as follows:

1. Plaintiff's objection (Doc. # 10) is OVERRULED.

2. The Recommendation (Doc. # 5) is ADOPTED.

3. This action is REMANDED to the Circuit Court of Montgomery County, Alabama.

4.	The Clerk of the Court is DIRECTED to take the appropriate steps to effectuate the remand.

DONE this 8th day of March, 2016.

/s/ W. Keith Watkins<br>CHIEF UNITED STATES DISTRICT JUDGE